ACCEPTED
03-13-00799-CR
4120815
THIRD COURT OF APPEALS
AUSTIN, TEXAS
2/12/2015 9:45:23 AM
JEFFREY D. KYLE
CLERK

NO. 03-13-00799-CR

BILLY JACK VERCHER

V.

THE STATE OF TEXAS

IN THE

THIRD COURT OF APPEALS

AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
2/12/2015 9:45:23 AM
JEFFREY D. KYLE
Clerk

## STATE'S SECOND MOTION FOR EXTENSION OF TIME TO FILE BRIEF

TO THE HONORABLE THIRD COURT OF APPEALS:

NOW COMES the State of Texas, Appellee in the above entitled and numbered cause and files this Second Motion for Extension of Time to File State's Brief, and in support thereof would show the Court the following:

I.

Appellant was found guilty by a jury of Aggravated Robbery, a First Degree felony enhanced to a 15-99, and the Judge assessed punishment at 30 years confinement in the Texas Department of Criminal Justice. Appellant was granted new counsel on June 27, 2014. Appellant's brief was filed on December 17, 2014. The State's brief is currently due on February 16, 2015.

II.

The State has requested one (1) extension in this case prior to this request.

III.

The State requests this extension of time due to the following: Counsel for the State has been involved in the prosecution of cases including contested hearings, pretrial hearings, grand jury presentation, negotiations with opposing counsel, guilty pleas and other hearings in numerous additional pending felony cases.

WHEREFORE, The Attorney for the State requests an extension of two (2) weeks to March 2, 2015, in which to file State's Brief.

Respectfully submitted,



Jason Ferguson
Assistant District Attorney
51st Judicial District
124 W. Beauregard, Suite B
San Angelo, TX 76903
(325) 659-6583
State Bar No. 24072092

SWORN TO AND SUBSCRIBED before me by the said Jason Ferguson, this 12th day of February, A. D. 2015.

Christine George
Notary Public
State of Texas

CHRISTINE GEORGE
Notary Public, State of Texas
My Commission Expires
June 28, 2016

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion for Extension of Time to File State's Brief was this 12th day of February, 2015, delivered to Melvin Gray, Attorney for Appellant, through e-file.txcourts.gov.

Jason Ferguson